

1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10 CR 00347 LJO |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 371 - Conspiracy; 18 U.S.C. §§ 1343 and 2(a) - Wire Fraud, Aiding and Abetting (12 counts); 18 U.S.C. §§ 1028 and 2(a) - Fraud Relating to Identification Documents, Aiding and Abetting (4 counts); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Criminal Forfeiture; 18 U.S.C. §§ 982(a)(2)(B) and 1028(b)(5) - Criminal Forfeiture |
| v. | |
| BRAD WILLIAM HESSE, DAVID BOYD SPIVEY, MICHAEL IAN CONWAY, and MICHELLE LEE PRINCE, | |
| Defendants. | |

**I N D I C T M E N T**

COUNT ONE: [18 U.S.C. § 371 - Conspiracy]

The Grand Jury charges:

BRAD WILLIAM HESSE,
DAVID BOYD SPIVEY,
MICHAEL IAN CONWAY,
and MICHELLE LEE PRINCE,

defendants herein, as follows:

I. The Conspiracy and Scheme to Defraud

   1. From a time unknown to the Grand Jury but no later than

1

on or about May 2009, and continuing thereafter until on or about February 2010, in the Counties of Fresno, Tulare, Stanislaus, Sacramento, El Dorado, San Joaquin, Yolo, and Placer, the State and Eastern District of California and elsewhere, including in other counties and in the States of Oregon and Washington, defendants HESSE, SPIVEY, CONWAY and PRINCE did unlawfully combine, conspire, confederate, and agree with each other and with other co-conspirators, unknown to the Grand Jury (defendants and co-conspirators hereinafter referred to as "Members of the Conspiracy"), to commit offenses against the United States, to wit:

(i)  18 U.S.C. § 1343 - Wire Fraud, in violation of Title 18, United States Code, Section 1343; and

(ii) Fraud Related to Identification Documents, in violation of Title 18, United States Code, Section 1028.

II. Manner and Means of the Conspiracy/Scheme to Defraud

2.  Among the manner and means by which the Members of the Conspiracy carried out the said conspiracy and scheme and artifice to defraud were the following:

A.  Members of the Conspiracy created false and fraudulent identification documents, including documents that purported to be California Driver's Licenses. Members of the Conspiracy also created fictitious and unauthorized checks. Although the checks purported drawn on the accounts of various companies named on the checks, the majority of the checks bore an account number that belonged to the State of California Department of Labor, Employment Development Division and Department of Rehabilitation

1  B.  Over the course of several months, Members of the
2  Conspiracy entered stores in various cities and states, including
3  without limitation Walmart and Safeway stores, and presented the
4  fraudulent and counterfeit checks.  When the checks were
5  presented, Members of the Conspiracy would also present false and
6  fraudulent identification documents and means of identification of
7  another person, including social security numbers, which would be
8  entered into a PIN pad at the point of the transaction.

9  C.  After the check was presented, information on the
10 check would be sent by Walmart or Safeway electronically to
11 Certegy, Inc. ("Certegy") in St. Petersburg, Florida.  Certegy is
12 a public corporation doing business in interstate commerce that
13 provides merchants with check verification services.  Certegy
14 would then electronically return a message that the check was
15 either "Approved" or "Declined."  If the check was "Approved," the
16 check would be cashed and the proceeds handed to the customer.
17 The check is then placed in the register for deposit with the
18 merchant's bank.  If the payor bank on the check is the merchant's
19 bank, then the check is cleared and the merchant's account is
20 credited, if the check is good.  If the payor After the check was
21 presented, information on the check would be sent by Walmart or
22 Safeway electronically to Certegy, Inc. ("Certegy") in St.
23 Petersburg, Florida.  Certegy is a public corporation doing
24 business in interstate commerce that provides merchants with check
25 verification services.  Certegy would then electronically return a
26 message that the check was either "Approved" or "Declined."  If
27 the check was "Approved," the check would be cashed and the
28 proceeds handed to the customer.  The check is then placed in the

1  register for deposit with the merchant's bank. If the payor bank
2  on the check is the merchant's bank, then the check is cleared and
3  the merchant's account is credited, if the check is good. If the
4  payor bank on the check differs from the merchant's bank, then the
5  check is routed through the Federal Reserve system to the payor
6  bank, and the merchant's account is subsequently credited, if the
7  check is good.

8          D.   If the check was returned unpaid by the payor bank,
9  the merchant would either suffer the loss or would file a claim
10 with Certegy for the amount of the check, depending on the
11 contract with the merchant.

12         E.   The total amount fraudulently obtained by Members
13 of the Conspiracy pursuant to the scheme to defraud was at least
14 $86,282.49. bank on the check differs from the merchant's bank,
15 then the check is routed through the Federal Reserve system to the
16 payor bank, and the merchant's account is subsequently credited,
17 if the check is good.

18         F.   If the check was returned unpaid by the payor bank,
19 the merchant would either suffer the loss or would file a claim
20 with Certegy for the amount of the check, depending on the
21 contract with the merchant.

22         G.   The total amount fraudulently obtained by Members
23 of the Conspiracy pursuant to the scheme to defraud was at least
24 $86,282.49.

25 III.  Overt Acts

26     3.  In furtherance of the conspiracy, the Members of the
27 Conspiracy committed, among others, the following overt acts in
28 the Eastern District of California and elsewhere:

A. On the dates set forth below, defendant HESSE entered a Walmart store to present a fraudulent check:

| Overt Act | Date | Amount | Last Name Used | Store | Location |
|---|---|---|---|---|---|
| 3.A.1 | 5/24/09 | $879.69 | CLAWSON | Walmart 3493 | Martinez, CA |
| 3.A.2 | 7/11/09 | $747.10 | RODRIQUEZ | Walmart 1645 | Hanford, CA |
| 3.A.3 | 7/11/09 | $747.10 | RODRIQUEZ | Walmart 1645 | Hanford, CA |

B. On the dates set forth below, defendants HESSE and PRINCE entered a Walmart store to present a fraudulent check:

| Overt Act | Date | Amount | Last Name Used | Store | Location |
|---|---|---|---|---|---|
| 3.B.1 | 5/8/09 | $463.24 | ANDREWS | Walmart 2119 | Milpitas, CA |
| 3.B.2 | 5/10/09 | $873.45 | CLAWSON | Walmart 3493 | Martinez, CA |
| 3.B.3 | 6/6/09 | $740.00 | SHIH | Walmart 1881 | Sacramento, CA |

C. On the dates set forth below, defendant PRINCE entered a Walmart or Safeway store to present a fraudulent check:

| Overt Act | Date | Amount | Last Name Used | Store | Location |
|---|---|---|---|---|---|
| 3.C.1 | 6/10/09 | $740.00 | CHOWMAN | Walmart 2280 | Mountain View, CA |
| 3.C.2 | 7/31/09 | $740.00 | KELLY | Walmart 1988 | Roseville, CA |
| 3.C.3 | 8/1/09 | $542.00 | DILBECK | Walmart 1988 | Roseville, CA |
| 3.C.4 | 10/4/09 | $360.00 | SUMRALL | Safeway 0910 | Sacramento, CA |
| 3.C.5 | 10/5/09 | $360.00 | MICHAELIS | Safeway 1530 | Sacramento, CA |

D. On the dates set forth below, defendants PRINCE and CONWAY entered a Walmart store to present a fraudulent check:

| Overt Act | Date | Amount | Last Name Used | Store | Location |
|---|---|---|---|---|---|
| 3.D.1 | 9/6/09 | $742.00 | WHITNEY | Walmart 1815 | Fresno, CA |
| 3.D.2 | 9/6/09 | $742.00 | WHITNEY | Walmart 1815 | Fresno, CA |

E. On the date set forth below, defendants PRINCE, SPIVEY and CONWAY entered a Walmart store to present a fraudulent check:

| Overt Act | Date | Amount | Last Name Used | Store | Location |
|---|---|---|---|---|---|
| 3.E.1 | 9/6/09 | $742.00 | RANDELL | Walmart 2985 | Fresno, CA |
| 3.E.2 | 9/6/09 | $742.00 | SPIVEY | Walmart 2985 | Fresno, CA |
| 3.E.3 | 9/6/09 | $742.00 | SPIVEY | Walmart 2985 | Fresno, CA |

F. On or about September 7, 2009, defendants HESSE and CONWAY possessed in Clovis, California, fraudulent California Driver's Licenses; document-making implements and authentication features; means of identification of another person; and counterfeit and unauthorized access devices.

G. On or about September 23, 2009, defendants SPIVEY, CONWAY, and PRINCE possessed in Coarsegold, California, thirty-seven fraudulent California Driver's Licenses, document-making implements and authentication features; means of identification of another person; and counterfeit and unauthorized access devices.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO AND THREE: [18 U.S.C. § 1343 - Wire Fraud]

The Grand Jury Further Charges:

6

1  BRAD WILLIAM HESSE,
2  defendant herein, as follows:

3      4.    Paragraphs 1 through and including 3, inclusive of Count
4  One, above, are fully incorporated as though fully set forth
5  herein.

6      5.    Beginning at time unknown to the Grand Jury but no later
7  than on or about May 2009, and continuing thereafter until on or
8  about February 2010, in the State and Eastern District of
9  California and elsewhere, defendant HESSE, acting alone or with
10 the assistance of others known and unknown to the Grand Jury,
11 executed the scheme and artifice to defraud Walmart, Safeway,
12 Certegy, and others of property and money, and did obtain property
13 and money from Walmart, Safeway, Certegy, and others by means of
14 materially false and fraudulent pretenses, representations and
15 promises.

16     6.    On or about the dates set forth below, in the Eastern
17 District of California and elsewhere, for the purpose of executing
18 the scheme and artifice to defraud, defendant HESSE knowingly
19 caused to be transmitted by means of wire, radio, and television
20 communication in interstate commerce, writings, signs, signals,
21 pictures and sounds for the purpose of executing such scheme, as
22 follows:

| COUNT | DATE | DESCRIPTION AND RECEIVER |
|---|---|---|
| 2 | 7/11/09 | Electronic communication sent from Walmart in Hanford, California, to Certegy in St. Petersburg, Florida |
| 3 | 7/11/09 | Electronic communication sent from Walmart in Hanford, California, to Certegy in St. Petersburg, Florida |

All in violation of Title 18, United States Code, Section 1343.

COUNT FOUR:     [18 U.S.C. §§ 1343 and 2(a) - Wire Fraud; Aiding and Abetting]

The Grand Jury Further Charges:

BRAD WILLIAM HESSE, and
MICHELLE LEE PRINCE,

defendants herein, as follows:

7. Paragraphs 1 through and including 3, inclusive of Count One, above, are fully incorporated as though fully set forth herein.

8. Beginning at time unknown to the Grand Jury but no later than on or about May 2009, and continuing thereafter until on or about February 2010, in the State and Eastern District of California and elsewhere, defendants HESSE and PRINCE, acting alone or with the assistance of others known and unknown to the Grand Jury, executed the scheme and artifice to defraud Walmart, Safeway, Certegy, and others of property and money, and did obtain property and money from Walmart, Safeway, Certegy, and others by means of materially false and fraudulent pretenses, representations and promises.

9. On or about the dates set forth below, in the Eastern District of California and elsewhere, for the purpose of executing the scheme and artifice to defraud, aiding and abetting and attempting to do so, defendants HESSE and PRINCE knowingly caused to be transmitted by means of wire, radio, and television communication in interstate commerce, writings, signs, signals,

pictures and sounds for the purpose of executing such scheme, as follows:

| COUNT | DATE | DESCRIPTION AND RECEIVER |
|---|---|---|
| 4 | 6/6/09 | Electronic communication sent from Walmart in Sacramento, California, to Certegy in St. Petersburg, Florida |

All in violation of Title 18, United States Code, Section 1343 and 2(a).

COUNTS FIVE THROUGH EIGHT:     [18 U.S.C. § 1343 - Wire Fraud]

The Grand Jury Further Charges:

MICHELLE LEE PRINCE,

defendant herein, as follows:

10.  Paragraphs 1 through and including 3, inclusive of Count One, above, are fully incorporated as though fully set forth herein.

11.  Beginning at time unknown to the Grand Jury but no later than on or about May 2009, and continuing thereafter until on or about February 2010, in the State and Eastern District of California and elsewhere, defendant PRINCE, acting alone or with the assistance of others known and unknown to the Grand Jury, executed the scheme and artifice to defraud Walmart, Safeway, Certegy, and others of property and money, and did obtain property and money from Walmart, Safeway, Certegy, and others by means of materially false and fraudulent pretenses, representations and promises.

12.  On or about the dates set forth below, in the Eastern District of California and elsewhere, for the purpose of executing

the scheme and artifice to defraud, defendant PRINCE knowingly caused to be transmitted by means of wire, radio, and television communication in interstate commerce, writings, signs, signals, pictures and sounds for the purpose of executing such scheme, as follows:

| COUNT | DATE | DESCRIPTION AND RECEIVER |
|---|---|---|
| 5 | 7/31/09 | Electronic communication sent from Walmart in Roseville, California, to Certegy in St. Petersburg, Florida |
| 6 | 8/1/09 | Electronic communication sent from Walmart in Roseville, California, to Certegy in St. Petersburg, Florida |
| 7 | 10/4/09 | Electronic communication sent from Safeway in Sacramento, California, to Certegy in St. Petersburg, Florida |
| 8 | 10/5/09 | Electronic communication sent from Safeway in Sacramento, California, to Certegy in St. Petersburg, Florida |

All in violation of Title 18, United States Code, Section 1343.

COUNTS NINE AND TEN:   [18 U.S.C. §§ 1343 and 2(a) - Wire Fraud; Aiding and Abetting]

The Grand Jury Further Charges:

MICHAEL IAN CONWAY, and
MICHELLE LEE PRINCE,

defendants herein, as follows:

//
//
//

1  13. Paragraphs 1 through and including 3, inclusive of Count
2 One, above, are fully incorporated as though fully set forth
3 herein.

4  14. Beginning at time unknown to the Grand Jury but no later
5 than on or about May 2009, and continuing thereafter until on or
6 about February 2010, in the State and Eastern District of
7 California and elsewhere, defendants CONWAY and PRINCE, acting
8 alone or with the assistance of others known and unknown to the
9 Grand Jury, executed the scheme and artifice to defraud Walmart,
10 Safeway, Certegy, and others of property and money, and did obtain
11 property and money from Walmart, Safeway, Certegy, and others by
12 means of materially false and fraudulent pretenses,
13 representations and promises.

14  15. On or about the dates set forth below, in the Eastern
15 District of California and elsewhere, for the purpose of executing
16 the scheme and artifice to defraud, aiding and abetting and
17 attempting to do so, defendants CONWAY and PRINCE knowingly caused
18 to be transmitted by means of wire, radio, and television
19 communication in interstate commerce, writings, signs, signals,
20 pictures and sounds for the purpose of executing such scheme, as
21 follows:

| COUNT | DATE | DESCRIPTION AND RECEIVER |
|---|---|---|
| 9 | 9/6/09 | Electronic communication sent from Walmart in Fresno, California, to Certegy in St. Petersburg, Florida |
| 10 | 9/6/09 | Electronic communication sent from Walmart in Fresno, California; to Certegy in St. Petersburg, Florida |

11

All in violation of Title 18, United States Code, Section 1343 and 2(a).

<u>COUNTS ELEVEN THROUGH THIRTEEN</u>:   [18 U.S.C. §§ 1343 and 2(a) - Wire Fraud; Aiding and Abetting]

The Grand Jury Further Charges:

DAVID BOYD SPIVEY,
MICHAEL IAN CONWAY, and
MICHELLE LEE PRINCE,

defendants herein, as follows:

16. Paragraphs 1 through and including 3, inclusive of Count One, above, are fully incorporated as though fully set forth herein.

17. Beginning at time unknown to the Grand Jury but no later than on or about May 2009, and continuing thereafter until on or about February 2010, in the State and Eastern District of California and elsewhere, defendants SPIVEY, CONWAY and PRINCE, acting alone or with the assistance of others known and unknown to the Grand Jury, executed the scheme and artifice to defraud Walmart, Safeway, Certegy, and others of property and money, and did obtain property and money from Walmart, Safeway, Certegy, and others by means of materially false and fraudulent pretenses, representations and promises.

18. On or about the dates set forth below, in the Eastern District of California and elsewhere, for the purpose of executing the scheme and artifice to defraud, aiding and abetting and attempting to do so, defendants SPIVEY, CONWAY and PRINCE knowingly caused to be transmitted by means of wire, radio, and television communication in interstate commerce, writings, signs,

signals, pictures and sounds for the purpose of executing such scheme, as follows:

| COUNT | DATE | DESCRIPTION AND RECEIVER |
|---|---|---|
| 11 | 9/6/09 | Electronic communication sent from Walmart in Fresno, California, to Certegy in St. Petersburg, Florida |
| 12 | 9/6/09 | Electronic communication sent from Walmart in Fresno, California, to Certegy in St. Petersburg, Florida |
| 13 | 9/6/09 | Electronic communication sent from Walmart in Fresno, California, to Certegy in St. Petersburg, Florida |

All in violation of Title 18, United States Code, Section 1343 and 2(a).

COUNT FOURTEEN:  [18 U.S.C. § 1028(a)(3) - Possession of Five or More Identification Documents]

The Grand Jury further charges:

BRAD WILLIAM HESSE,

defendant herein, as follows:

19.  Paragraphs 1 through and including 3, inclusive of Count One, above, are fully incorporated as though fully set forth herein.

20.  On or about September 7, 2009, in the County of Fresno, State and Eastern District of California, defendant HESSE did knowingly possess with intent to use unlawfully and to transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the defendant), authentication features, and false identification documents, to wit, twenty-one (21) California Driver's Licenses, the possession of the

13

1 identification documents, authentication features, or false
2 identification documents was in or affected interstate or foreign
3 commerce, all in violation of Title 18, United States Code,
4 Sections 1028(a)(3).

5 COUNT FIFTEEN: [18 U.S.C. §§ 1028(a)(5) and 2(a) - Possession of Identification Document-Making Implement; Aiding
6 and Abetting]

7 The Grand Jury further charges:

BRAD WILLIAM HESSE, and
MICHAEL IAN CONWAY,

10 defendants herein, as follows:

11 21. Paragraphs 1 through and including 3, inclusive of Count
12 One, above, are fully incorporated as though fully set forth
13 herein.

14 22. On or about September 7, 2009, in the County of Fresno,
15 State and Eastern District of California, defendants HESSE and
16 CONWAY did knowingly possess a document-making implement and
17 authentication feature, with the intent such document-making
18 implement and authentication feature would be used in the
19 production of a false identification document or another document-
20 making implement or authentication feature which would be so used,
21 and the possession of the authentication feature and document-
22 making implement was in or affected interstate or foreign
23 commerce, all in violation of Title 18, United States Code,
24 Sections 1028(a)(5) and 2(a).

25 //
26 //
27 //
28 //

14

COUNT SIXTEEN: [18 U.S.C. §§ 1028(a)(3) and 2(a) - Possession of Five or More Identification Documents; Aiding and Abetting]

The Grand Jury further charges: T H A T:

DAVID BOYD SPIVEY,
MICHAEL IAN CONWAY, and
MICHELLE LEE PRINCE,

defendants herein, as follows:

23. Paragraphs 1 through and including 3, inclusive of Count One, above, are fully incorporated as though fully set forth herein.

24. On or about September 23, 2009, in the County of Madera, State and Eastern District of California, defendants SPIVEY, CONWAY and PRINCE did knowingly possess with intent to use unlawfully and to transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the defendant), authentication features, and false identification documents, to wit, thirty-seven (37) California Driver's Licenses, the possession of the identification documents, authentication features, or false identification documents was in or affected interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 1028(a)(3) and 2(a).

COUNT SEVENTEEN: [18 U.S.C. §§ 1028(a)(5) and 2(a) - Possession of Identification Document-Making Implement; Aiding and Abetting]

The Grand Jury further charges: T H A T:

DAVID BOYD SPIVEY,
MICHAEL IAN CONWAY, and
MICHELLE LEE PRINCE,

defendants herein, as follows:

25. Paragraphs 1 through and including 3, inclusive of Count

One, above, are fully incorporated as though fully set forth herein.

26. On or about September 23, 2009, in the County of Madera, State and Eastern District of California, did knowingly possess a document-making implement and authentication feature, with the intent such document-making implement and authentication feature would be used in the production of a false identification document or another document-making implement or authentication feature which would be so used, and the possession of the authentication feature and document-making implement was in or affected interstate or foreign commerce, all in violation of Title 18, United States Code, Sections 1028(a)(5) and 2(a).

FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C), 982(a)(2), 1028(b)(5) and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

The Grand Jury further charges:

BRAD WILLIAM HESSE,
DAVID BOYD SPIVEY,
MICHAEL IAN CONWAY, and
MICHELLE LEE PRINCE,

defendants herein, as follows:

27. The allegations contained in Counts 1-17 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), 1028(b)(5) and Title 28, United States Code, Section 2461(c).

28. Upon conviction of the offense set forth in Count 1 of this Indictment, defendants HESSE, SPIVEY, CONWAY, and PRINCE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and 28 U.S.C. § 2461, any

property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s), including but not limited to a sum of money equal to $86,282.49 in United States currency.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

29. Upon conviction of the offenses set forth in Counts 2-17 of this Indictment, defendants HESSE, SPIVEY, CONWAY, and PRINCE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), including but not limited to a sum of money equal to $86,282.49 in United States currency.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;

1    c.    has been placed beyond the jurisdiction of the court;
2    d.    has been substantially diminished in value; or
3    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

30. Pursuant to Title 18, United States Code, Section 1028(b), upon conviction of the offenses set forth in Counts 14-17 of this Indictment, defendants HESSE, SPIVEY, CONWAY and PRINCE shall forfeit to the United States of America any personal property, used or intended to be used to commit the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code,

//
//
//

1 | Section 853(p), as incorporated by Title 18, United States Code,
2 | Sections 982(b)(1) and 1028(g), and Title 28, United States Code,
3 | Section 2461(c).

4 | A TRUE BILL

6 | /S/ Signature With AUSA on file
FOREPERSON

8 | BENJAMIN B. WAGNER
United States Attorney

10 | By: Stanley A. Boone for
MARK E. CULLERS
11 | Assistant U.S. Attorney
Chief, Fresno Office

19