```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare St, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00347-LJO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| BRAD WILLIAM HESSE, | DATE: July 29, 2011 |
| | TIME: 10:00 a.m. |
| | CTRM: Hon. Lawrence J. O'Neill |
| Defendant. | |

The parties request that the status conference in this case be continued from **July 15, 2011** to **July 29, 2011 at 10:00 a.m.** The parties further agree that the government's response brief to the defendant's pending motion, currently due on July 8, 2011, be due on July 22, 2011. They stipulate that the time between July 15, 2011 and July 29, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for pending motions.

1

18 U.S.C. § 3161(h)(7)(B)(iv) and (h)(1)(D). Specifically, the attorney for the government will be on annual leave outside the district from July 4 through July 15, 2011. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 11, 2011   By:   /s/ Mark J. McKeon
───────────────────────
MARK J. McKEON
Assistant U.S. Attorney

DATE: July 11, 2011         /s/ ANN VORIS
───────────────────────
ANN VORIS
Attorney for Defendant

**GOOD CAUSE EXISTS FOR THE CONTINUANCE. Time is excluded pursuant to the stipulation.**

IT IS SO ORDERED.

**Dated:  July 11, 2011**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE