| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | BRAD WILLIAM HESSE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-0347 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; ORDER |
| v. | ) |
| | ) Date: November 14, 2011 |
| BRAD WILLIAM HESSE, | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 28, 2011, **may be continued to November 14, 2011 at 1:00 p.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. This continuance will conserve time and resources for both parties and the court. In response to documents, Secret Service investigation is necessary and Presidential duties of Secret Service have delayed the immediate resolution of this case.

///

///

///

////

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 | justice, including but not limited to, the need for the period of time set forth herein for effective defense
3 | preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 25, 2011        By:   /s/ Mark J. McKeon
                                     MARK J. MCKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 25, 2011        By:   /s/ Ann H. Voris
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Brad William Hesse

## **O R D E R**

The request for a continuance is DENIED. Good cause has not been stated. This case has been pending for more than nine months. There have been almost a dozen status conferences. The hearing set for October 28th will be a TRIAL SETTING CONFERENCE.

IT IS SO ORDERED.

**Dated:   October 25, 2011**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                           −2−