```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BRAD WILLIAM HESSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-CR-0347 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date:  April 30, 2012 |
| BRAD WILLIAM HESSE, | ) ) | Time:  8:30 a.m. Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 23, 2012, **may be continued to April 30, 2012 at 8:30 a.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. This continuance will conserve time and resources for both parties and the court

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 19, 2012  By: /s/ Mark J. McKeon
MARK J. MCKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 19, 2012  By: /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Brad William Hesse

## **O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated: April 19, 2012**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE